MATTHIAS I. OKOYE, MD., J.D.
DIRECTOR



6940 VAN DORN STREET
SUITE 105
LINCOLN, NEBRASKA 68506
(402) 486-3447
FAX (402) 486-3477

## NEBRASKA INSTITUTE OF FORENSIC SCIENCES, INC.

NAME: LIPSCOMB, JASON
DOB: 7/26/2000
CLIENT: ENTERTAINMENT INDUSTRY FOUNDATION, INC.
(EIF)(THELMA MACKINS/MOTHER)
REPORT DATE: 8/11/2022

ACCESSION NO.: MLA22-000105
EXPIRATION DATE: 7/20/2022
AUTOPSY DATE: 8/11/2022

## FINAL ANATOMIC DIAGNOSES

### BODY AS A WHOLE:
Unembalmed, well-developed, well-nourished, Black male.

### INTERGUMENTARY SYSTEM:
Refer to the Evidence of Injury.
Large tattoo of the anterior-lateral aspect of the left upper arm.
Multiple dices of the car window glass on the skin of the right posterior lower back are present.
Early decomposition changes with multiple skin slippage of the face.

### EVIDENCE OF INJURY:

### THERE ARE MULTIPLE GUNSHOT WOUNDS TO THE HEAD, TRUNK, AND EXTREMITIES.
#1 PERFORATING GUNSHOT WOUND OF THE LEFT CHEEK:
A. Entrance gunshot wound in the left cheek with atypical configuration.
B. Injury to the skin, subcutis, skeletal muscles with acute hemorrhage.
C. Exit gunshot wound in the left cheek.
D. No missile recovered at the autopsy.
E. Trajectory of the wound: from the deceased's back to front and slightly obliquely upwards.

#2 SUPERFICIAL GRAZE WOUND OF THE ANTERIOR-MEDIAL ASPECT OF THE DISTAL RIGHT FOREARM:
A. Superficial graze wound with no deep penetration or hemorrhage of the forearm.
B. No missile is recovered at autopsy.

#3 PERFORATING GUNSHOT WOUND OF THE BACK OF THE RIGHT HAND:
A. Entrance gunshot wound of the back of the right hand.
B. Injury to the skin, subcutis, and the skeletal muscles with acute hemorrhage.
C. Exit gunshot wound in the back of the right hand at the middle finger.
D. No missile recovered at autopsy.
E. Trajectory of the wound: from the deceased's right to left and downwards.

#4 PERFORATING GUNSHOT WOUND OF THE LEFT KNEE:
A. Entrance gunshot wound in the anterior-medial aspect of the left knee.
B. Exit gunshot wound in the anterior-lateral aspect of the left knee injury to the skin and subcutis with acute hemorrhage.
C. No missile recovered at autopsy.
D. Trajectory of wound: from the deceased's left to right, and slight upwards.

#5 PERFORATING GUNSHOT WOUND OF THE LEFT LEG:
A. Entrance gunshot wound in the anterior medial aspect of the left leg.
B. Exit gunshot wound in the back of the left leg.
C. No missile is recovered at autopsy.
D. Injury to the skin, subcutis, and skeletal muscles with acute hemorrhage.
E. Trajectory of the wound: from the deceased's front to back and downwards to the right.

#6 DEEPLY PENETRATING GUNSHOT WOUND OF THE ANTERIOR CHEST:
A. Entrance gunshot wound of the anterior mid-chest.
B. Injury to the skin, subcutis and perforation of the sternum with extensive acute substernal hemorrhage.
C. Injuries to both lungs with multiple contusions of the lungs with extensive acute parenchymal hemorrhages.
D. Injuries to the heart and the posterior mediastinum and fracture of the left posterior #8 rib and hemothoraces and injury to the retroperitoneal tissues.
E. Attempted exit in the left mid-back and a recent surgical incision around the attempted exit gunshot wound most likely for recovering the missile related to this gunshot wound.
F. Trajectory of the wound is: from the deceased's front to back and obliquely downwards to the left.

#7 SUPERFICIAL GRAZE GUNSHOT WOUND OF THE LEFT LOWER LEG:
A. Superficial graze wound with no deep penetration or hemorrhage.
B. No missile is recovered at autopsy.

**EVIDENCE OF RECENT MEDICAL INTERVENTION:**
A. Previous Y-shaped incision for the first autopsy.
B. Surgical incision in the left mid-back (Refer to the Evidence of Injury).

**MUSCULOSKELETAL SYSTEM:**
Refer to the Evidence of Injury.

**RESPIRATORY SYSTEM:**
Refer to the Evidence of Injury.

**CARDIOVASCULAR SYSTEM:**
Refer to the Evidence of Injury.
No significant atherosclerosis of the epicardial coronary arteries.

### HEMIC SYSTEM:
Acute passive congestion of the spleen.

### GASTROINTESTINAL SYSTEM:
Refer to the Evidence of Injury.
Acute passive congestion of the liver.

### GENITOURINARY SYSTEM:
Acute passive congestion of the kidneys.

### ENDOCRINE SYSTEM:
Not remarkable.

### CENTRAL NERVOUS SYSTEM:
Acute cerebral edema and congestion.
Refer to the Evidence of Injury.
No fractures of the skull.

### ORGANS OF SPECIAL SENSE(S):
Not remarkable.

### TOXICOLOGY:
Liver and Spleen tissues are submitted to the Department of Forensic Toxicology, St. Louis University School of Medicine, St. Louis, Missouri, for comprehensive toxicology. Refer to the Toxicology Report attached herewith.

### OTHER TESTS:
None requested.

### X-RAYS:
None requested.

## SUMMARY

In view of the clinical history and the autopsy findings, the cause of death in this Black male, Jason Lipscomb, is multiple gunshot wounds of the head, trunk, and the extremities. The manner of death is homicide. The deceased was shot by the police in the state of North Carolina.

MIO/MIO
D:  8/11/2022
T:  8/11/2022

Updated on 3/8/2024
MIO/MIO

Matthias I. Okoye, M.D., J.D.
Director

NAME: LIPSCOMB, JASON                    ACCESSION NO.: MLA22-000105

# CLINICAL

The deceased, Jason Lipscomb, with date of birth of 7/26/2000, was according to news report, was confronted by the law enforcement officers outside a residence at 426 N. Edgemont Avenue on 7/20/2022, in Gastonia, NC 28054 when he fled out the back door and was subsequently shot by on-duty law enforcement officers and he crashed the vehicle he was driving. The police officers pulled him out of the vehicle and performed CPR measures. He was pronounced dead later. The body was transported from the scene to CaroMont Regional Medical Center morgue and the 1st autopsy was performed by the Mecklenburg Medical Examiner's Office on 7/21/2022. The mother of the deceased requested KYRC to assist in amazing a 2nd-autopsy on the body of the deceased. The 2nd-autopsy was performed by Dr. Matthias I. Okoye, MD, JD, of Nebraska Institute of Forensic Sciences, Inc., at the Northern Star Mortuary Services in Kansas City, KS on 8/11/2022. There were no police witnesses at the 2nd autopsy.

# IDENTIFICATION

The body was identified to Dr. Matthias I. Okoye, MD, JD, by Ms. Gwendelrae Hicks, the funeral director of the Northern Star Mortuary, Inc. Other identifications include: the name tags of the ankles and the hospital and morgue identifications and tags on the body bag. The body has a large tattoo of the anterior-lateral aspect of the left upper arm.

## CLOTHING

There is no clothing on the body at the 2nd-autopsy.

# EXTERNAL EXAMINATION

## GROSS DESCRIPTION

This is the body of an unembalmed, well-developed, well-nourished, Black male. The body measures 71 inches tall and weighs approximately 185 lbs. The scalp hair is black and there is a black mustache and black beard. The irides are brown and the dentition is natural and in fair repair.

NAME: LIPSCOMB, JASON     ACCESSION NO.: MLA22-000105

# EVIDENCE OF INJURY

## THERE ARE MULTIPLE GUNSHOT WOUNDS TO THE HEAD, TRUNK, AND EXTREMITIES.

#1 PERFORATING GUNSHOT WOUND OF THE LEFT CHEEK:
A. Entrance gunshot wound in the left cheek with atypical configuration.
B. Injury to the skin, subcutis, skeletal muscles with acute hemorrhage.
C. Exit gunshot wound in the left cheek.
D. No missile recovered at the autopsy.
E. Trajectory of the wound: from the deceased's back to front and slightly obliquely upwards.

#2 SUPERFICIAL GRAZE WOUND OF THE ANTERIOR-MEDIAL ASPECT OF THE DISTAL RIGHT FOREARM:
A. Superficial graze wound with no deep penetration or hemorrhage of the forearm.
B. No missile is recovered at autopsy.

#3 PERFORATING GUNSHOT WOUND OF THE BACK OF THE RIGHT HAND:
A. Entrance gunshot wound of the back of the right hand.
B. Injury to the skin, subcutis, and the skeletal muscles with acute hemorrhage.
C. Exit gunshot wound in the back of the right hand at the middle finger.
D. No missile recovered at autopsy.
E. Trajectory of the wound: from the deceased's right to left and downwards.

#4 PERFORATING GUNSHOT WOUND OF THE LEFT KNEE:
A. Entrance gunshot wound in the anterior-medial aspect of the left knee.
B. Exit gunshot wound in the anterior-lateral aspect of the left knee injury to the skin and subcutis with acute hemorrhage.
C. No missile is recovered at autopsy.
D. Trajectory of the wound: from the deceased's left to right, and slightly upwards.

#5 PERFORATING GUNSHOT WOUND OF THE LEFT LEG:
A. Entrance gunshot wound in the anterior medial aspect of the left leg.
B. Exit gunshot wound in the back of the left leg.
C. No missile is recovered at autopsy.
D. Injury to the skin, subcutis, and skeletal muscles with acute hemorrhage.
E. Trajectory of the wound: from the deceased's front to back and downwards to the right.

#6 DEEPLY PENETRATING GUNSHOT WOUND OF THE ANTERIOR CHEST:
A. Entrance gunshot wound of the anterior mid-chest.
B. Injury to the skin, subcutis and perforation of the sternum with extensive acute substernal hemorrhage.

*Confidential*     *8/11/2022*     *Gross/Micro*     2
Case 3:25-cv-00527-KDB-DCK     Document 1-1     Filed 07/19/25     Page 6 of 11

C. Injuries to both lungs with multiple contusions of the lungs with extensive acute parenchymal hemorrhages.
D. Injuries to the heart and the posterior mediastinum and fracture of the left posterior #8 rib and hemothoraces and injury to the retroperitoneal tissues.
E. Attempted exit in the left mid-back and a recent surgical incision around the attempted exit gunshot wound most likely for recovering the missile related to this gunshot wound.
F. Trajectory of the wound is: from the deceased's front to back and obliquely downwards to the left.

#7 SUPERFICIAL GRAZE GUNSHOT WOUND OF THE LEFT LOWER LEG:
A. Superficial graze wound with no deep penetration or hemorrhage.
B. No missile is recovered at autopsy.

# EVIDENCE OF RECENT MEDICAL INTERVENTION

A. Previous Y-shaped incision with sutures for the 1st autopsy.
B. Surgical incision in the left mid-back (Refer to the Evidence of Injury).
C. Intermastoid incision related to the 1st autopsy.

# INTERNAL EXAMINATION:

## PRIMARY INCISION

The usual Y-shaped incision utilized for the 1st autopsy is also utilized for the 2nd autopsy and the sutures were removed. The panniculus adiposus is up to 2.0 cm as described above. The gray-white fibrous breast tissue is that of a male and has minimal amount of fat. The nipples are unremarkable. The anterior mediastinum shows a moderate amount of lobulated fat. The diaphragm has been sectioned and dissected.

## MUSCULOSKELETAL SYSTEM

*MUSCULATURE*: The musculature appears to be red-brown with the muscle bundles well-delineated.

*THORACIC CAGE*: The body development of the thorax is unremarkable. There are no fractures noted.

*VERTEBRAE*: The vertebrae appear grossly intact.

*CALVARIUM*: The calvarium has been sawed and shows no evidence of fractures.

NAME: LIPSCOMB, JASON                ACCESSION NO.: MLA22-000105

*BASE OF SKULL*: The base of the skull is intact and shows no evidence of fractures.

## RESPIRATORY SYSTEM

*PLEURAL CAVITIES*: The parietal pleura is smooth and glistening and shows moderate amount of blood staining. The cavities show no fibrous adhesions. Refer to the Evidence of Injury.

*LARYNX, TRACHEA, AND BRONCHI*: The larynx, trachea, and bronchi have been eviscerated and the mucosa shows the marked hyperemia of the larynx, trachea, and bronchi. The lungs are dissected.

*PULMONARY VESSELS*: The pulmonary vessels have been dissected and show the injury of involving the main pulmonary artery sections were submitted for histopathologic examination.

*LUNGS*: The right lung and the left lung have been sectioned at the 1st autopsy. The lungs which have been previously sectioned are again sectioned during the 2nd autopsy and these lungs show bilateral acute hemorrhagic edema of both lungs. These lungs appear sub-crepitant and wet and further sections are submitted for microscopic evaluation. There is no gross evidence of tumor or malignancy or granulomata formation on further serial sectioning of all the lobes of the lungs. There is also a small amount of anthracotic pigmentation of all the lobes of the lungs.

## CARDIOVASCULAR SYSTEM

The pericardial cavity has been sectioned during the 1st autopsy.

*HEART*: Only segments of the base of the heart and transverse sections of the mid portion of the heart are available for examination. The epicardial coronary vessels show no significant atherosclerosis and no luminal compromise on further transverse sectioning of the left main coronary artery, the left anterior coronary artery, and the circumflex and the right coronary arteries. The right ventricular myocardium measures 0.6 cm thick. The left ventricular free wall measures 1.6 cm thick. The interventricular septum measures 1.6 cm thick. The cardiac valves are unremarkable and show no significant atherosclerotic plaques. The myocardium is grossly unremarkable with no gross evidence of hemorrhagic necrosis or acute or chronic stand myocardial infarction.

*ABDOMINAL AORTA AND ILIAC ARTERIES*: There is mild intimal atherosclerosis of the abdominal aorta and iliac arteries.

*PORTAL VEIN AND INFERIOR VENA CAVA*: The portal vein and inferior vena cava have been sectioned and appear unremarkable.

NAME: LIPSCOMB, JASON                ACCESSION NO.: MLA22-000105

## HEMIC SYSTEM

*SPLEEN*: The spleen has been sectioned during the 1st autopsy. The white pulp and trabeculae are sharply demarcated from the red pulp. There is no gross evidence of tumor, or malignancy or granulomata formation. The capsule is intact.

*THORACIC LYMPH NODES*: The thoracic lymph nodes are unremarkable on sectioning with minimal black pigment.

*ABDOMINAL LYMPH NODES*: The abdominal lymph nodes are unremarkable.

*RETROPERITONEAL LYMPH NODES*: The retroperitoneal lymph nodes are unremarkable.

*BONE MARROW*: The bone marrow is firm and red-brown on serial sectioning of all the ribs.

## GASTROINTESTINAL SYSTEM

OMENTUM AND MESENTERY: The omentum and mesentery are unremarkable and there are no fibrous adhesions.

*GASTROINTESTINAL TRACT*: ESOPHAGUS – The esophagus is not remarkable on serial sectioning. STOMACH – The stomach has been sectioned and the mucosal lining is intact and not remarkable. SMALL BOWEL – The small bowel is sectioned and appears unremarkable. APPENDIX – The appendix is not recognizable. LARGE BOWEL – The large bowel contains moderate amount of soft brown feces and gas and the mucosal lining is unremarkable with no ulceration or tumor or malignancy.

*LIVER*: The liver has been serially sectioned during the 1st autopsy. The surfaces of the liver are smooth and glistening. The margins are sharp. On further sectioning, the hepatic parenchyma is brown and soft with distinct lobular markings. There is no evidence of tumor or malignancy or granulomata formation.

*BILE DUCTS AND GALLBLADDER*: The bile ducts are patent. The gallbladder is thin-walled and contains bile. There are no calculi identified.

## GENITOURINARY SYSTEM

*KIDNEYS*: The kidney sections and segments together weigh 220 g. The capsules strip with moderate ease revealing smooth red-brown cortical surfaces. On further serial sectioning, the corticomedullary markings are distinct. The cortex averages 5-7 mm thick. The pelvis and calyces are not remarkable.

*URETERS*: The ureters are unremarkable.

*URINARY BLADDER*: The urinary bladder is unremarkable and has been sectioned during the 1st autopsy. There is slight hyperemia and edema of the mucosa, particularly around the trigone area.

*URETHRA*: The prostatic urethra is unremarkable.

*GENITALIA*: The prostate gland is unremarkable. SEMINAL VESICLES – The seminal vesicles are not remarkable. SPERMATIC CORDS, EPIDIDYMIDES AND TESTES – The spermatic cords, and teste are not remarkable.

## ENDOCRINE SYSTEM

*THYROID GLAND*: The thyroid gland is symmetrical. On further serial sectioning, the parenchyma is uniform and red-brown. The surrounding neck structures are not remarkable.

*PANCREAS*: The pancreas is markedly congested and shows focal autolysis. The lobules are edematous.

*ADRENALS*: The adrenals are autolyzed.

*PITUITARY GLAND*: The pituitary gland has been removed from the sella turcica.

*NECK ORGANS*: Layer-wise dissection of the neck skeletal muscles shows no hemorrhages or necrosis or tumor malignancy. The laryngeal cartilages and the hyoid bone are unremarkable without evidence of fractures.

*TONGUE*: The tongue has been serially sectioned and shows acute congestion with no intramuscular hemorrhages or tumor or malignancy or granulomata formation.

## CENTRAL NERVOUS SYSTEM

*SCALP*: The scalp is congested on reflection and shows no traumatic injury.

*DURA AND DURAL SINUSES*: The dura and dural sinuses are unremarkable with no hemorrhages.

*LEPTOMEMINGES*: The leptomeninges are unremarkable without hemorrhages.

NAME: LIPSCOMB, JASON                    ACCESSION NO.: MLA22-000105

**MUSCULOSKELETAL SYSTEM:** Sections of the bone and included marrow show no diagnostic histopathologic alterations. Sections of the neck skeletal muscles show no diagnostic histopathologic alterations.

**RESPIRATORY SYSTEM:** Sections of the lungs show bilateral hemorrhagic pulmonary edema and congestion and focal interstitial acute hemorrhage.

**CARDIOVASCULAR SYSTEM:** Sections of the epicardial coronary vessels are unremarkable with no significant atherosclerosis. Sections of the myocardium show no acute inflammation or necrosis or hemorrhagic infarction.

**GASTROINTESTINAL SYSTEM:** Sections of the stomach and intestines show no diagnostic histopathologic alterations.

**LIVER:** Sections of the liver show no diagnostic histopathologic alterations.

**UROGENITAL SYSTEM:** Sections of the kidneys show autolytic changes and foci of sclerotic glomeruli. There is focal chronic inflammation as well.

**HEMIC SYSTEM:** Sections of spleen show diffuse acute congestion. There is no evidence of tumor or malignancy or granulomata formation.

**ENDOCRINE SYSTEM:** Sections of the pancreas and adrenal glands and thyroid gland show no diagnostic histopathologic alterations.

**CENTRAL NERVOUS SYSTEM:** Sections of the brain show diffuse acute congestive changes and focal autolysis with no evidence of parenchymal hemorrhages or necrosis or tumor or malignancy or granulomata formation. There is no evidence of acute subarachnoid hemorrhage.