UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-cv-527-KDB-DCK

| | |
|---|---|
| THELMA MACKINS, | ) |
| Plaintiff, | ) |
| v. | ) DEFENDANTS' MOTION FOR |
| | ) JUDGMENT ON THE PLEADINGS |
| OFFICER JUAN PABLO SEPULVEDA CADAVID, et al., | ) |
| | ) [Fed.R.Civ.P. 12(c)] |
| Defendants. | ) |

TO PLAINTIFF HEREIN AND TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Defendants Juan Pablo Sepulveda, Jason Beaver, Harrison Hamorsky, and City of Gastonia hereby move pursuant to Fed.R.Civ.P. 12(c) for judgment on the pleadings for the failure of the Complaint on file herein to state a claim against them upon which relief may be granted.

This motion is based upon the court file and records in this action, the accompanying Memorandum of Law, and the body cam video that is Exhibit "A" and "B" to this motion which, due to size, is being conventionally filed via delivery to the Court on a flash drive in accordance with Section III(B) of the Court's Administrative Procedures Governing Filing and Service by Electronic Means.

Dated: September 3, 2025

/s/Scott D. MacLatchie
Scott D. MacLatchie
North Carolina Bar No. 22824
Hall Booth Smith, P.C.
11215 N. Community House Rd., Ste. 750
Charlotte, North Carolina 28277
Telephone No. (980) 949-7820
smaclatchie@hallboothsmith.com
*Attorney for Defendants*

# EXHIBIT A

# (Ofcr. Brown body-worn camera footage filed conventionally)

# EXHIBIT B

# (Ofcr. Hamorsky body-worn camera footage filed conventionally)