IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CV-527-KDB-DCK

| THELMA MACKINS, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| JUAN PABLO SEPULVEDA, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion For Extension Of Time To Respond To Defendants' Motion For Judgment On The Pleadings" (Document No. 14) filed September 12, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendant's consent, the undersigned will grant the motion.

The undersigned issues this revised Order granting Plaintiff's motion following a brief telephone conference between Plaintiff's counsel, Defendants' counsel, and the undersigned's law clerk on September 12, 2025. Mr. Littlejohn and Mr. MacLatchie have clarified to the undersigned's staff that their agreement was/is to allow Plaintiff additional time to file a response, *not* to file an amended pleading.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion For Extension Of Time To Respond To Defendants' Motion For Judgment On The Pleadings" (Document No. 14) is **GRANTED**. Plaintiff shall file a response to "Defendants' Motion For Judgment On The Pleadings" (Document No. 12), on or before **October 1, 2025**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **STRIKE** the undersigned's previous "Order" (Document No. 15).

**SO ORDERED**.

Signed: September 12, 2025

David C. Keesler
United States Magistrate Judge