# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Thelma Mackins**,** <br><br> Plaintiff, <br><br> vs. <br><br> Juan Pablo Sepulveda <br> Jason Lee Beaver <br> Jane Doe <br> Harrison Ray Hamorsky <br> City of Gastonia <br> John Doe**,** <br><br> Defendants | JUDGMENT IN CASE <br><br> 3:25-cv-00527-KDB-DCK |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 2, 2026 Order.

February 2, 2026

*Katherine Hord Simon, Clerk*
*United States District Court*